ORIGINATONE

RECEIVED
2005 JUL 13 A 9: 36

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

163240
Jimmie Bozeman
Full name and prison number of plaintiff(s)

v.

Mrs. B A Jones
Mrs. J A Jenkins
MR. ma Kane
MR.

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05CV646-T
(To be supplied by the Clerk of the U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes (✓)  No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes (✓)  No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
   Plaintiff(s) Jimmie Bozeman
   Defendant(s) MRS. B A Jones MAS.

2. Court (if federal court, name the district; if state court, name the county)
   _____
   _____

3. Docket No. _____

4. Name of Judge to whom case was assigned mike mccormic

        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

        6. Approximate date of filing lawsuit __4-4-05__

        7. Approximate date of disposition __3-15-05__

II. PLACE OF PRESENT CONFINEMENT __Bullock County Correctional Facility Prison Chow Hall__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bullock County Correctional Facility Prison__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME         ADDRESS

1. Mrs. B A Jones    5107
2. Mrs. J A Jenkins
3. Mr. McKane
4. Mrs.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __3-17-05__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __I be still hungry__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

They Rush everybody out the chow hall they want me to kill myself I like to take my time I am not in a hurry.

-2-

GROUND TWO: oTHeR inmates is scaRed To compLain aBout it

SUPPORTING FACTS: They DonT Feed enough Food The extra Food They Be having LeFT They Throw iT away

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Send a LetteR To The uThoRiTY oR invesTagaTions iF noT I will send a LeTTeR To I and I oF InvesTagaTion I will also puT iT on TV

Jimmie Bozeman
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-5-05
              (date)

Jimmie Bozeman
Signature of plaintiff(s)